UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:

CHRISTOPHER R. DeVANY,

      Debtor.

Chapter 13

Case No.  10-10397-WCH

## ORDER

After hearing on the Motion For Relief From Automatic Stay filed by Jean Ann

Schulte, it is hereby ordered that:

Jean Ann Schulte is hereby granted relief from the Automatic Stay provisions of 11

U.S.C. section 362, so as to proceed in the Middlesex County Probate and Family Court

with Divorce Action Docket No. 09D-4619-DR entitled <u>Jean Ann Schulte v. Christopher

DeVany</u>.

Dated this _____ day of February, 2010, at the United States Bankruptcy Court, Boston,

Massachusetts.

_____  2/3/2010
United States Bankruptcy Judge