UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE: Christopher Devaney     Chapter 13 # 10-10397-WCH

## MOTION OF CHAPTER 13 TRUSTEE TO DISMISS

Now comes Carolyn Bankowski, Chapter 13 Trustee, and files this Motion to Dismiss the above-referenced case and as grounds therefor, states as follows:

( ) 1. Debtor has failed to make the first plan payment as required by 11 U.S.C. §1326(a)(1).

(✓) 2. Debtor has failed to provide the following documents:

( ) INSURANCE BINDER
(✗) EVIDENCE OF CURRENT INCOME
(✓) MOST RECENT TAX RETURN — need completed 2008 return
( ) EVIDENCE OF PROPERTY VALUE
( ) RECORDED HOMESTEAD / DEED
( ) 60 DAYS OF PAY ADVICES
( ) AMENDED SCHEDULES

(✓) OTHER Statements for Vanguard and Fidelity accounts as of 2009 as not disclosed at 341 meeting
(✓) copy of financial stmt filed in divorce case

(✓) 3. Debtor has failed to provide business documents pursuant to MLBR Appendix 1: 13-2(a)(2) as follows:

2009 plus year to date profit and loss for self-employment income

(✓) 4. OTHER: 2008 and 2009 tax return for Pinnacle Consulting Group, LLC; copy of agreement for book publishing showing compensation agreement

Notice is hereby given that any responses and/or objections to this motion are to be filed within ~~twenty (20)~~ 21 days of the date this motion is filed with the Court. If no timely objections/responses are filed, the Court may act upon this motion without further notice or hearing as provided by 11 U.S.C. §102(1)(B).

**WHEREFORE**, the Trustee respectfully requests this Court to enter an Order dismissing this case.

Respectfully submitted,

Carolyn A. Bankowski, BBO#631056
Patricia A. Remer, BBO#639594
P.O. Box 8250
Boston, MA 02114-0033
(617) 723-1313

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have served a copy of the foregoing delivered by hand to the above referenced debtor(s) and to Debtor's counsel Andrew Evans
Dated 3/24/10

Carolyn A. Bankowski
Patricia A. Remer