# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| CHRISTOPHER R. DEVANY, Debtor | Chapter 13<br>Case No. 10-10397-WCH |

## TRUSTEE'S RESPONSE TO DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL ESTATE

Now comes Carolyn A. Bankowski, Standing Chapter 13 Trustee ("Trustee"), and respectfully responds to the Debtor's Motion for Authority to Sell Real Estate ("the Motion"), as follows:

1. The Trustee has no objection to the Motion, or to the sale of the real estate.

2. However, following the sale, the Debtor must file amended schedules I and J to reflect the change in circumstances as a result of the sale, and file an amended plan, as the current proposed plan does not provide for the sale of the real estate.

3. Further, the Trustee requests a copy of the HUD-1 Settlement Statement within ten (10) days of the closing date.

WHEREFORE, the Trustee respectfully requests that the Court allow the Debtor's Motion, subject to the Debtor filing amended schedules I and J and an amended plan within thirty (30) days of the closing, and providing a copy of the HUD-1 Settlement Statement within ten (10) days of the closing, and grant such other relief as this Court deems proper.

Dated: May 10, 2010

Respectfully submitted,
Carolyn A. Bankowski
Standing Chapter 13 Trustee
/s/ Patricia A. Remer
Carolyn A. Bankowski, BBO#631056
Patricia A. Remer, BBO#639594
Office of the Chapter 13 Trustee
PO Box 8250
Boston, MA  02114-0022
(617) 723-1313
13trustee@ch13boston.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br>  CHRISTOPHER R. DEVANY,<br>                                    Debtor | Chapter 13<br>Case No. 10-10397-WCH |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 10, 2010 a copy of the Trustee's Response to Debtor's Motion for Authority to Sell Real Estate was served via first class mail postage prepaid, or by electronic notice, upon the debtor and debtor's counsel at the addresses set forth below.

Christopher R. Devany	Andrew W. Evans
PO Box 80	Evans & Evans
Wayland, MA 01778	58 Main St.
	Topsfield, MA 01983

/s/ Patricia A. Remer_____
Patricia A. Remer, BBO#639594

2